■ MARCIA BEN AMI MICHEL, Appellant, v. YITSHAW BEN AMI, Respondent.— Order entered on November 23, 1960, reducing support payments, unanimously affirmed, without costs. We do not construe the order entered as

containing any provision for visitation. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.